UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-06333-WLH-E | Date | June 12, 2026 |
|---|---|---|---|
| Title | *Jane Doe v. Brandon T. Nichols et al* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION [86]

On April 9, 2026, the Court, *sua sponte*, ordered Plaintiff Jane Doe ("Plaintiff") to show cause in writing, as to why this action should not be dismissed for lack of jurisdiction.  (Show Cause Order, Dkt. No. 86).  The Court also order Defendants to reply no later than fourteen (14) days after Plaintiff files her response.  (*Id*.). Plaintiff did not respond.  On May 23, 2026, Defendants Berta Cardenas, County of Los Angeles, Traevonn Johnson, Allen Kuan, Brandon T. Nichols, Eva Reina, Aura Walker (collectively, "Defendants") responded to the Court's Order for Show Cause, stating that "Defendants are unable to respond to Plaintiff's unserved response to the [Order to Show Cause]."  (Response at 2, Dkt. No. 88).  Defendants also requested that the Court dismissed the case for failure to prosecute.

//

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Because Plaintiff failed to respond to the Show Cause Order, the Court **DISMISSES** the action in its entirety without prejudice. The Court **ORDERS** the Clerk to vacate any pending dates and to close the case.

**IT IS SO ORDERED.**